FORM 3011-1 (1/08)



FILED
2010 APR 16  AM 10: 11

MICHAEL ..., CLERK
U.S. ... COURT
NORTHERN DISTRICT OF OKLA.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OKLAHOMA

IN RE:

Terrence Phillip Dillon,

Debtor(s).

Case No. 99-03441

Chapter 7

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

American Property Locators, Inc. ("Applicant") applies to this Court for entry of an order directing the Clerk to remit the sum of $3,492.64 due to Watson Investment Partners LP Watson Asset Management, Inc. ("Claimant").

| 1. | Full legal name of Claimant (If Claimant is an individual, skip to Question No. 5) | Watson Investment Partners LP Watson Asset Management, Inc. |
|---|---|---|
| 2. | Type of Entity (corporation, LLC, partnership) | Corporation |
| 3. | State of Incorporation/Organization | New York |
| 4. | Name and Title of Authorizing Officer or Representative | Stephen T. Watson, President/CEO |
| 5. | Current Mailing Address | 187 Grand Street, #1<br>New York, NY  10013 |
| 6. | Telephone Number | (347) 237-7813 |
| 7. | SS# (last 4 digits only) or EIN # | 13-3943332 |
| 8. | Amount Being Claimed | $3,492.64 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:

*(check the applicable box)*

 [ ] Applicant is the original creditor and owner of the funds as it appears on the records of this Court;

 [ ] Applicant is the assignee of the original creditor's claim to said funds, as evidenced in the attached documentation;

 [ ] Applicant is the original creditor's successor in interest, as evidenced in the attached documentation;

FORM 3011-1 (1/08)

[ X ]   Applicant is an attorney or "funds locator," named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Oklahoma, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the:

*(check the applicable box)*
[ ]   original creditor and owner of the claim;
[ ]   original creditor's attorney with authorization to receive said funds;
[ ]   assignee of the original creditor's claim to said funds;
[ ]   successor in interest of the original creditor; or
[ ]   personal representative of the original creditor's estate.

Attached to the Application is the "Affidavit of Claimant." *(The Affidavit of Claimant is required only if the Applicant is an attorney or funds locator.)* Applicant completed all necessary information on the Affidavit of Claimant prior to providing such Affidavit to the Claimant for execution. *(This is necessary to ensure that the alleged claimant, contacted by a funds locator, has sufficient information to verify that he/she/it is in fact entitled to the funds that the attorney or "funds locator" is applying for on behalf of the Claimant.)*

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with this Court's **Instructions for Filing an Application for Payment of Unclaimed Funds.**

Applicant declares under penalty of perjury that sufficient inquiry has been made to determine that the above funds have not been previously paid, no other applications for payment of said funds are pending, and no party other than Claimant is entitled to submit a request for disbursement of the funds.

Applicant certifies that a copy of this Application (and all attachments) was provided to the Office of the United States Attorney, Northern District of Oklahoma, Attn: Civil Process Clerk, 110 W. 7th Street, Suite 300, Tulsa, Oklahoma 74119-1029, as evidenced by the Certificate of Service attached hereto.

Applicant requests that the Court enter an Order directing payment of the unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

FORM 3011-1 (1/08)

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

| | |
|---|---|
| Dated: 4/14/10<br><br>Tax ID #: 73-1425193<br>(*of the Applicant*) | American Property Locators, Inc.<br><br>Name of Applicant (if not an individual)<br><br>By: _____<br>Print Name: Greg Griffith<br>Title: Agent<br><br>3855 South Boulevard, Suite 200<br>Street Address<br><br>Edmond, OK  73013<br>City/State/Zip<br><br>(405) 340-4900<br>Telephone (including area code) |

State of  Oklahoma )
                  ) ss.
County of Oklahoma )

Before me, Katrina J Cutter, a notary public in and for said state, on this 14 day of April, 2010, personally appeared Greg Griffith, as agent [capacity, e.g. president, treasurer] who executed the within foregoing instrument on behalf of said American Property Locators, Inc. [name of entity], and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed on behalf of said corporation [type of entity, e.g. corporation, limited liability company, partnership] for the uses and purposes therein set forth.

[SEAL]                                                    _____
                                                          Notary Public

KATRINA J. CUTTER
Notary Public
State of Oklahoma
Commission #03004752  Expires 04/27/11

My commission expires: 

3

FORM 3011-1 (1/08)

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on April 14, 2010, a true and correct copy of the foregoing Application (and all attachments) was mailed via first class mail, postage prepaid, to:

United States Attorney
Attn: Civil Process Clerk
110 West 7th Street, Suite 300
Tulsa, Oklahoma 74119-1029

U. S. Trustee
224 S. Boulder Avenue, Room 225
Tulsa, OK 74103

Case Trustee
Steven W. Soule
Hall, Estill, Hardwick, Gable, etal
320 South Boston Avenue, Suite 200
Tulsa, OK 74103-3706

Debtor's Counsel
Terrence Phillip Dillon
PRO SE

Debtor
Terrence Phillip Dillon
8603 SOUTH JAMESTOWN
TULSA, OK 74137

Applicant
Greg Griffith
American Property Locators, Inc.
3855 S Boulevard, Suite 200
Edmond, OK 73013

Original Creditor
Watson Investment Partners LP Watson Asset Management, Inc.
237 Park Avenue, Suite 801
New York, NY 10017
(if Claimant is not original Creditor in the case)

(Original Creditor's Counsel, if any),
(if Claimant is not original Creditor in the case)

_____
Greg Griffith

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| IN RE: | ) |
| | ) Case No. 99-03441 |
| Terrence Phillip Dillon, | ) |
| | ) (Chapter 7) |
| DEBTOR | ) |

### ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

Before the Court is the Application for Payment of Unclaimed Funds filed by American Property Locators, Inc. on 12/2/2008 on behalf of Watson Investment Partners LP Watson Asset Management, Inc. and in accordance with the provisions of 28 U.S.C. § 2042. The Court hereby directs the Clerk of the Court to remit to Claimant (or to Applicant and Claimant if the application was submitted by and attorney or "funds locator") the sum of $3,492.64 now held as unclaimed funds in the registry of the Court.

The Movant Shall Notify ALL Interested Parties Of This Order

###

APPROVED FOR ENTRY

American Property Locators, Inc

BY: s/ Greg Griffith
3855 S Boulevard, Suite 200
Edmond, OK  73013

## LIMITED POWER OF ATTORNEY

Watson Investment Partners LP Watson Asset Management, Inc., ("Principal") executes this Limited Power of Attorney with the intention that the attorney-in-fact named below shall be able to act in his\her place for the purposes and duration set forth below.

Principal appoints American Property Locators, Inc., 3855 South Boulevard, Suite 200, Edmond, OK 73013 to be his\her attorney-in-fact to act for him\her in his\her name and place, and in any capacity that Principal might act,

## ONLY to recover cash or cash equivalents specifically arising from the bankruptcy of Terrence Phillip Dillon, that belong to the Principal,

and may be paid to the Principal after compliance with procedures of applicable laws (the "Unclaimed Funds").

This Limited Power of Attorney shall become effective on the date written below, and shall remain effective, for one year from such date or until the Unclaimed Funds are claimed and remitted to Principal, whichever is sooner.

Principal's attorney-in-fact shall have all of the powers, discretions, elections, and authorities granted by law (including the endorsement of any instrument of payment on behalf of Principal) in connection with the claim, execution, acknowledgment, and delivery of any and all documents necessary or connected with claiming and recovering for Principal the Unclaimed Funds. Principal authorizes the use of a photocopy of this Limited Power of Attorney, for any purpose, in lieu of the original.

DATED this _6_ day of _MARCH_, 20_10_

**PRINCIPAL:**
Watson Investment Partners LP Watson Asset Management, Inc.
Federal ID # 13-3943332

By: _Stephen Watson_ /s/ Stephen Watson
Title: _PRESIDENT_

**PRINCIPAL'S ADDRESS:**
187 Grand Street, #1
New York, NY 10013
(347) 237-7813

### ACKNOWLEDGMENT

STATE OF _NEW JERSEY_

COUNTY OF _ESSEX_ )

Before me a Notary Public, in and for said County and State on this _6th_ day of _MARCH_, 20_10_ personally appeared _STEPHEN WATSON_ to me known to be the identical person who subscribed his/her name to the foregoing instrument as its _PRESIDENT_ (title), and acknowledged to me that he/she executed the same as his/her free and voluntary act and deed of such corporation, for the purposes therein set forth.

In Witness Whereof, I have hereunto set my official signature and affixed my official seal the day and year first above written.

My Commission Expires:

DANIEL S. O'CONNELL
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 27, 20_10_

_Daniel S. O'Connell_
Notary Public

UNITED STATES BANKRUPTCY
COURT NORTHERN DISTRICT
OF OKLAHOMA

IN RE:

Terrence Phillip Dillon,                           Case No. 99-03441

                                                   Chapter 7

Debtor(s).

## AFFIDAVIT OF CLAIMANT
*(for use when Applicant is an attorney or funds locator)*

I, Stephen T. Watson, the undersigned claimant (or duly authorized representative for the claimant as identified in paragraph (2)), declare as follows:

1.   American Property Locators, Inc.
     *(Name and Address of Funds Locator)*

has been granted a power of attorney to submit an Application For Payment of Unclaimed Funds (or I am the duly authorized representative for claimant as indicated in the attached power of attorney) seeking payment of:

*(select one)*

[X]   claim number ___43___ if no claim was filed write "scheduled" in blank space) for which the dividend of $3,492.64 due and owing to me or the entity I represent as claimant in the above referenced bankruptcy case;

[ ]   funds deposited in the name of the debtor in the amount of

$3,492.64

2.   My name, position with company *(if claimant is not an individual)*, address and telephone number are as follows:

   Name: Stephen T. Watson
   Position: President/CEO
   Entity: Watson Investment Partners LP Watson Asset Management, Inc.
   Address: 187 Grand Street, #1
   New York, NY 10013
   Telephone: (347) 237-7813

1

3.  Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor (e.g., documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds) and which substantiate claimant's right to the funds, are attached.

4.  I (or the business that I represent as claimant) have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 3/6/2010

_____
Signature of claimant or duly authorized representative of claimant

Print Name _Stephen Watson_

Title _President/Owner_

_13-3943332_
_XXX-XX-8842_
Tax ID# or last 4 digits of SS# if individual claimant

Sworn to and Subscribed before me on this _6th_ day of _MARCH_, 20_10_.

[SEAL]

_____
Notary Public

In and for the State of _____

My Commission expires: _____

DANIEL S. O'CONNELL
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires April 27, 20_10_

2

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS
                                                     ALBANY, NY 12231-0001
=================================================================================
                              FILING RECEIPT
=================================================================================

ENTITY NAME : WATSON ASSET MANAGEMENT, INC.

DOCUMENT TYPE : INCORPORATION (DOM. BUSINESS)        COUNTY : NEWY
SERVICE COMPANY : USA CORPORATE SERVICES INC.        SERVICE CODE : 57
=================================================================================
FILED : 04/11/1997  DURATION : PERPETUAL   CASH #: 9704110000790  FILM #: 9704110000766 *
                                                                EXIST DATE
                                                                04/11/1997
ADDRESS FOR PROCESS
---------------------
THE CORPORATION
237 PARK AVENUE
NEW YORK, NY 10017

REGISTERED AGENT
-----------------

STOCK :   200 NPV

FILER                         FEES   160.00    PAYMENTS       160.00
-----                         ----   ------    --------       ------
R JON PINK                    FILING : 125.00  CASH    :        0.00
170 WASHINGTON AVENUE         TAX    :  10.00  CHECK   :        0.00
ALBANY, NY 12210              CERT   :   0.00  BILLED  :      160.00
                              COPIES :   0.00
                              HANDLING: 25.00  REFUND  :        0.00
                                                                -----

DOS-1025 (11/89)
```

**New York State Department of Taxation and Finance**

# CT-6
(7/94)

**Election by a Federal S Corporation to be Treated as a New York S Corporation**

| Employer identification number | File number | Business activity code number from federal return | For Office use only |
|---|---|---|---|
| | | | Date received |

- Taxpayer's business name: WATSON Asset MANAGEMENT INC.
- Principal business activity: Asset MGMT
- Business name at location below (if different from business name above): c/o
- Telephone number: (212) 697-3640
- Street or PO Box: 237 PARK Ave #900
- State of incorporation/date: New York - 4/14/97
- City: New York  State: N.Y.  Zip code: 10017
- Date began business in New York State: 4/14/97

- Number of shareholders who are nonresidents of New York State: 1
- Authorized to do business in NYS? Yes ✓  No
- Number of shares issued and outstanding (from federal Form 2553): 100
- The federal election to treat the corporation as an S corporation is effective for the tax year beginning: 4/14  19 97
- Check box if federal election is pending: ☒
- This election is to be effective for tax year beginning: 4/14  19 97
- If your tax is not a calendar year, indicate the month and day your tax year ends: December

(Shareholders' Unanimous Consent and Individual Affirmation) By signing below each shareholder of the above corporation elects to include all amounts required by Tax Law, Article 22, section 660, in computing his or her New York taxable income and certifies to the personal information given below is to the best of his or her knowledge and belief true, correct and complete.

| A. Name and Address of each shareholder (include ZIP code) | B. Social security number | C. Stock owned — Number of shares | C. Stock owned — Date acquired | D. Shareholder's Signature For this election to be valid, all shareholders must signify consent by signing below |
|---|---|---|---|---|
| Stephen T. Watson<br>2 Fulton St #2B<br>Weehawken NJ 07078 | 8842 | 100 | 4/16/97 | |

*See instructions for column D if continuation sheet or a separate consent statement is needed.
Certification. I certify that this election and any attachments are to the best of my knowledge and belief true, correct, and complete.

| Signature of elected officer or authorized person: | Official title: President | Date: 4/14/97 |
|---|---|---|
| Firm's name (or yours if self-employed) | ID number | Date |
| Address | Signature of individual preparing this election | |

Mail this form to: NYS DEPARTMENT, CORPORATION TAX REGISTRATION, BUILDING 8 ROOM 409, W A HARRIMAN CAMPUS, ALBANY NY 12227

| Form **2553** (Rev. September 1993) Department of the Treasury Internal Revenue Service | **Election by a Small Business Corporation** (Under section 1362 of the Internal Revenue Code) ▶ For Paperwork Reduction Act Notice, see page 1 of Instructions. ▶ See separate instructions. | OMB No. 1545-0146 Expires 8-31-96 |
|---|---|---|

Notes: 1. This election, to be an "S corporation," can be accepted only if all the tests are met under **Who May Elect** on page 1 of the instructions; all signatures in Parts I and III are originals (no photocopies); and the exact name and address of the corporation and other required form information are provided.
2. Do not file Form 1120S, U.S. Income Tax Return for an S Corporation, until you are notified that your election is accepted.

### Part I  Election Information

**Please Type or Print**

Name of corporation (see instructions): **WATSON Asset MANAGEMENT INC.**

Number, street, and room or suite no. (If a P.O. box, see instructions.): **237 PARK Ave * 900**

City or town, state, and ZIP code: **New York NY 10017**

A Employer identification number (EIN):

B Date incorporated: **4/11/97**

C State of incorporation: **New York**

D Election is to be effective for tax year beginning (month, day, year) ▶ **4/11/97**

E Name and title of officer or legal representative who the IRS may call for more information: **Stephen T. Watson - President**

F Telephone number of officer or legal representative: **(212) 692-3640**

G If the corporation changed its name or address after applying for the EIN shown in A, check this box ▶ ☐

H If this election takes effect for the first tax year the corporation exists, enter month, day, and year of the earliest of the following: (1) date the corporation first had shareholders, (2) date the corporation first had assets, or (3) date the corporation began doing business ▶ **4/11/97**

I Selected tax year: Annual return will be filed for tax year ending (month and day) ▶ **December**
If the tax year ends on any date other than December 31, except for an automatic 52-53-week tax year ending with reference to the month of December, you must complete Part II on the back. If the date you enter is the ending date of an automatic 52-53-week tax year, write "52-53-week year" to the right of the date. See Temporary Regulations section 1.441-2T(e)(3).

| J Name and address of each shareholder, shareholder's spouse having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety. (A husband and wife (and their estates) are counted as one shareholder in determining the number of shareholders without regard to the manner in which the stock is owned.) | K Shareholders' Consent Statement. Under penalties of perjury, we declare that we consent to the election of the above-named corporation to be an "S corporation" under section 1362(a) and that we have examined this consent statement, including accompanying schedules and statements, and to the best of our knowledge and belief, it is true, correct, and complete. (Shareholders sign and date below.) | | L Stock owned | | M Social security number or employer identification number (see instructions) | N Shareholder's tax year ends (month and day) |
|---|---|---|---|---|---|---|
| | Signature | Date | Number of shares | Dates acquired | | |
| Stephen T. Watson 2 Fulton St. #2B Weehawken, NJ 07078 | | 4/14/97 | 100 | 4/14/97 | 8842 | Dec. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

For this election to be valid, the consent of each shareholder, shareholder's spouse having a community property interest in the corporation's stock, and each tenant in common, joint tenant, and tenant by the entirety must either appear above or be attached to this form. (See instructions for Column K if a continuation sheet or a separate consent statement is needed.)

Under penalties of perjury, I declare that I have examined this election, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

Signature of officer ▶ _____ Title ▶ **President** Date ▶ **4/16/97**

EMPLOYER

*H. Jacobs*

P-DRI-201 (REV 4-86)

H. JACOBS, DIRECTOR

---

May-14-97 03:24P Watson Investment Partner                                           P.04

DEPARTMENT OF THE TREASURY                  DATE OF THIS NOTICE: 05-05-97
INTERNAL REVENUE SERVICE                    NUMBER OF THIS NOTICE: CP 575 A
HOLTSVILLE NY 00501                         EMPLOYER IDENTIFICATION NUMBER: 13-3943332
                                            FORM: SS-4
                                            1916726134  B


                                            FOR ASSISTANCE CALL US AT:
                                            1-800-829-1040    OTHER NY

WATSON ASSET MANAGEMENT INC
237 PARK AVE 900
NEW YORK NY  10017                          OR WRITE TO THE ADDRESS
                                            SHOWN AT THE TOP LEFT.

                                            IF YOU WRITE, ATTACH THE
                                            STUB OF THIS NOTICE.

           WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER (EIN)

     Thank you for your Form SS-4, Application for Employer Identification Number
(EIN). We assigned you EIN 13-3943332. This EIN will identify your business account,
tax returns, and documents, even if you have no employees. Please keep this notice in
your permanent records.

     Use your complete name and EIN shown above on all federal tax forms, payments,
and related correspondence. If you use any variation in your name or EIN, it may
cause a delay in processing, incorrect information in your account, or cause you to be
assigned more than one EIN.

     If you're required to deposit for employment taxes (Forms 941, 943, 940, 945,
CT-1, or 1042), excise taxes (Form 720), or income taxes (Form 1120), we will send an
initial supply of Federal Tax Deposit (FTD) coupon books within five to six weeks.
You can use the enclosed coupons if you need to make a deposit before you receive
your supply.

     Based on the information shown on your Form SS-4, you must file the following
forms(s) by the date we show:

             Form 941                              07/31/97
             Form 1120                             03/15/98
             Form 940                              01/31/98

     If the due date has passed please complete the form and send it to us by 05-20-97.
If we don't receive the form by that date additional penalties and interest will be
charged. If you weren't in business or didn't hire employees for the tax period
shown, please file the form showing that you have no liability.

     If you need help in determining what your tax year is, you can get Publication
538, Accounting Periods and Methods, at your local IRS office.

     If you have any questions about the forms shown or the date they are due, you may
call us at 1-800-829-1040 or write to us at the address shown above.

     Thank you for your cooperation.

*What is form 941? Will you calculate?*

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: WATSON ASSET MANAGEMENT, INC.

Selected Entity Status Information

**Current Entity Name:** WATSON ASSET MANAGEMENT, INC.
**Initial DOS Filing Date:** APRIL 11, 1997
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
WATSON ASSET MANAGEMENT, INC.
237 PARK AVE
STE 801
NEW YORK, NEW YORK, 10017

**Chairman or Chief Executive Officer**
STEPHEN T WATSON
237 PARK AVE
STE 801
NEW YORK, NEW YORK, 10017

**Principal Executive Office**
WATSON ASSET MANAGEMENT, INC.
C/O STEPHEN T WATSON
237 PARK AVE, STE 801
NEW YORK, NEW YORK, 10017

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Division of Corporations, State Records and UCC Home Page     NYS Department of State Home Page

# American Property Locators, Inc.

3855 South Boulevard, Suite 200
Edmond, OK 73013
www.apl-inc.com

Fax (405) 340-5968
E-Mail: ggriffith@apl-inc.com

(800) 730-4343 ext 15
(405) 340-4900 ext 15

April 14, 2010

**VIA PRIORITY MAIL**

U.S. Bankruptcy Court
NORTHERN DISTRICT OF OKLAHOMA
224 S. Boulder, Room 105
Tulsa, OK 74103
Attn: Sherry Hodson

Re:   Application to Withdraw Unclaimed Funds

Dear Ms. Hodson:

Enclosed is an Application to Withdraw Unclaimed Funds relating to the following matter:

| | |
|---|---|
| Case No: | 99-03441 |
| Debtor: | Terrence Phillip Dillon |
| Creditor/Claimant: | Watson Investment Partners LP Watson Asset Management, Inc. |
| Amount: | $3,492.64 |

Thank you for your assistance in this matter.

Sincerely,

Greg Griffith

GMG
Enclosures