UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OKLAHOMA

IN RE:

Dillon, Terrence Phillip

Debtor.

Filed / Docketed
April 28, 2010

Case No. 99-03441-R
Chapter 7

ORDER REGARDING APPLICATION
FOR PAYMENT OF UNCLAIMED FUNDS

THIS MATTER comes before the Court pursuant to the Application for Payment of Unclaimed Funds (the "Application") filed by American Property Locators, Inc. (Doc. 585) on April 16, 2010, requesting the clerk to remit $3,492.64 to Watson Investment Partners L.P. / Watson Asset Management, Inc. ("Claimant"). The Court has reviewed the Application and finds it deficient in the following respects:

1. The Application does not include any of the supporting documentation to establish the address of record for the Claimant at the time of the bankruptcy as required by instruction 2 of Local Form 3011-1.

2. The Application does not include any supporting documentation to show any change of address by the Claimant.

3. The Application fails to include the Claimant's corporate information required by instruction 5(B)(1) of Local Form 3011-1.

4. The Application fails to include supporting documentation to establish that the person who executed the power of attorney on behalf of the Claimant is authorized to do so as required by instruction 7(B) of Local Form 3011-1.

IT IS THEREFORE ORDERED that unless American Property Locators, Inc., files an amended Application that cures these deficiencies on or before May 28, 2010, the Application shall be denied without prejudice by separate order without further notice or hearing.

Dated this 28th day of April, 2010.

DANA L. RASURE
UNITED STATES BANKRUPTCY JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of April, 2010, I transmitted a true and correct copy of the foregoing to the parties listed below:

Greg Griffith
American Property Locators
3855 S. Boulevard, Suite 200
Edmond, OK 73013

Watson Investment Partners LP
Watson Asset Management, Inc.
187 Grand Street, #1
New York, NY 10013

United States Attorney
Attn: Civil Process Clerk
110 West 7th Street, Suite 300
Tulsa, OK 74119-1029

Michael Williams, Clerk

By Brenda Nickels
Brenda Nickels, Courtroom Deputy

7587

2